IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Case No. 08-cr-00495-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANNY STEARNS,

    Defendant.

---

## ORDER SETTING TRIAL DATES AND DEADLINES

This matter is before the Court upon appearance by counsel. To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **December 15, 2008** and responses to these motions shall be filed by **December 22, 2008**. It is

FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and Final Trial Preparation Conference is set for **January 23, 2009 at 10:30 a.m.**, in Courtroom A602 of the Arraj Courthouse. If counsel believe evidentiary motions are necessary, a separate hearing date should be requested by motion. It is

FURTHER ORDERED that a three-day jury trial is set for **February 2, 2009 at 1:30 p.m.**, in Courtroom A602.

    DATED: December __1__, 2008

    BY THE COURT:

    _____
    CHRISTINE M. ARGUELLO
    United States District Judge