**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 08-cr-00495-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANNY STEARNS,

    Defendant.

---

**ORDER VACATING TRIAL DATES AND SETTING
CHANGE OF PLEA HEARING**

---

In response to the Notice of Disposition (Doc. # 11) filed in the above matter, it is ORDERED that the Final Trial Preparation Conference currently set for January 23, 2009 and the three-day jury trial set to commence on February 2, 2009 are VACATED. It is

FURTHER ORDERED that counsel shall confer and contact Chambers *via* conference call (303-335-2174) no later than January 21, 2009 to set this matter for a Change of Plea Hearing to be held within 30 days of the date of this Order.

    DATED: January  16 , 2009

                                                       BY THE COURT:

                                                     _____
                                                     CHRISTINE M. ARGUELLO
                                                     United States District Judge