IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Case No. 08-cr-00495-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANNY STEARNS,

    Defendant.

---

**ORDER TO RESET CHANGE OF PLEA HEARING**

---

This matter is before the Court *sua sponte*. Because a conflict has arisen on the Court's docket, the Change of Plea hearing currently set for March 2, 2009 at 9:00 a.m. in Courtroom A602 of the Arraj Courthouse is RESET to March 2, 2009 **at 8:30 a.m.**

    DATED: February  25 , 2009

                                    BY THE COURT:

                                    _____
                                    CHRISTINE M. ARGUELLO
                                    United States District Judge